Jacob M. Weisberg #049065
The Law Offices of Jacob M. Weisberg
844 North Van Ness Ave.
Fresno, CA  93728
Telephone: (559) 441-0201
Fax (559) 442-3164

Attorney for Plaintiff Geoffrey R. Twitchell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY R. TWITCHELL,<br><br>                Plaintiff,<br><br>Vs.<br><br>DR. JAMES PEAKES, Secretary<br>United States Department of Veterans Affairs,<br><br>                Defendant. | CASE NO:   08-CV-00906-OWW-DLB<br><br>NOTICE OF DISMISSAL and ORDER<br>[F.R.Civ.P., Rule 41(a)(1)(i)] |

      COMES NOW plaintiff, by and through his attorney, JACOB WEISBERG, and gives notice that the plaintiff hereby dismisses with prejudice the entire action and all claims and causes of action related thereto, all parties to bear their own costs and attorneys' fees.

Dated:  November 25, 2008      LAW OFFICE OF JACOB M. WEISBERG
                                            /s/ Jacob M. Weisberg
                                      Jacob M. Weisberg, Attorney for Plaintiff

### ORDER

Good cause appearing, it so ordered.

Dated: November 25, 2008
                                      /s/ OLIVER W. WANGER
                                      Oliver W. Wanger
                                      U.S. District Judge

Notice of Dismissal and Order

PDF created with pdfFactory trial version www.pdffactory.com